JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANI-KING OF CALIFORNIA, INC., a Texas Corporation<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN BRIDGE INTERNATIONAL INVESTMENT, INC. d/b/a/ RAMADA ANAHEIM CONVENTION CENTER,<br><br>Defendant. | CASE No.: 8:15-cv-00604-AJG-FFM<br><br>**FINAL JUDGMENT**<br><br>**JUDGE:**<br>**Hon. Andrew J. Guilford** |

Pursuant to Federal Rule of Civil Procedure 58, this Court renders final judgment as follows:

1. Jani-King of California, Inc. shall recover from Golden Bridge International Investment Inc. d/b/a/ Ramada Anaheim Convention Center actual damages in the amount of $140,000.

2. Attorneys' fees in the amount of $10,000.

3. Post-judgment interest on the above sum shall accrue from the date of entry of this judgment until paid.

4. The parties shall take nothing on any other requests for relief asserted herein.

5. This court intends for this judgment to constitute the court's final judgment, resolving all claims as to all parties.

Date: February 8, 2016

Andrew J. Guilford
United States District Court Judge